UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDAL ALONZO D., <br><br>                Plaintiff, <br><br>     vs. <br><br>ANDREW M. SAUL, Commissioner of Social Security, <br><br>                Defendant. | CASE NO. EDCV 20-1727-AGR <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is reversed and this matter is remanded for further proceedings consistent with the Memorandum Opinion and Order.

DATED: July 8, 2021

*alicia G. Rosenberg*

ALICIA G. ROSENBERG
United States Magistrate Judge